UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IBTISAM K.B. NAYED, et al.,

Petitioners,

v.

Case No. 26-cv-14216
HON. MARK A. GOLDSMITH

KEVIN RAYCRAFT, et al.,

Respondents.
_________________________________/

**ORDER**

The Petitioners bring this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.

IT IS ORDERED that the Petitioners must serve the petition on Respondents and provide a copy of the petition and this Order to the Office of the United States Attorney, Eastern District of Michigan by 4:00 p.m. on November 4, 2026. Petitioners must file a certificate of service with the Court indicating that they served Respondents by close of business on November 4, 2026. If Respondents intend to file a response to the petition, they must do so by November 5, 2026, at 1:00 p.m.

IT IS FURTHER ORDERED that an in-person hearing on the petition will be held on November 5, 2026, at 2:00 p.m.

**SO ORDERED.**

Dated: November 4, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager